(494 F. 2d 703)

THE UNITED STATES v. VOLKSWAGEN OF AMERICA, INC.

(No. 5511, C.A.D. 1115)

United States Court of Customs and Patent Appeals, April 18, 1974

*Irving Jaffe*, Acting Assistant Attorney General, *Andrew P. Vance*, Chief, Customs Section, *Herbert P. Larsen* for the United States.

*Joseph F. Donohue* (Donohue and Shaw) attorney of record, for appellee.

[Oral argument April 1, 1974 by Mr. Larsen and Mr. Donohue]

Before MARKEY, *Chief Judge*, RICH, BALDWIN, LANE AND MILLER, *Associate Judges*

PER CURIAM.

This appeal is from the decision and judgment of the United States Customs Court, First Division, 68 Cust. Ct. 122, C.D. 4348, 340 F. Supp. 983 (1972). The court sustained the importer's protest against the classification of two types of paint respectively containing 33 and 33–42 per cent of alkyd resin under TSUS item 409.00 as "mixtures" in whole or in part of benzenoid products, holding the importations properly classified under TSUS item 405.25 as benzenoid "plastics material." We affirm.

We find no error in the decision of the First Division or in the learned opinion which accompanied. We therefore adopt the reasoning of the trial court and affirm its decision and judgment.